IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN__ DIVISION

EMELIE JONES,
_____,
    Plaintiff,

v.

WACHOVIA AUTO LEASING COMPANY, INC, et al
_____,
    Defendants,

CASE NO. __3:07-CV-00744-MHT__

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Emelie Jones__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__8/24/2007__      /s/Mary-Ellen Bates
Date              (Signature)

Mary-Ellen Bates
(Counsel's Name)

Plaintiff, Emelie Jones
Counsel for (print names of all parties)

2151 Highland Avenue, Suite 100
Birmingham, Alabama 35205
Address, City, State Zip Code

(205) 930-0097
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Mary-Ellen Bates_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __24th___ day of __August_____ 20_07_, to:

Wachovia Auto Leasing Company, 150 Perry Street, Montgomery, Alabama 36104

Wachovia Bank, National Association, 150 Perry Street, Montgomery, Alabama 36104

8/21/2007
Date

/s/Mary-Ellen Bates
Signature