**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 24, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Jones v. Wachovia Auto Leasing Company, Inc. et al**

**Case Number:   3:07cv00744-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include electronic signatures.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 4   filed on   August 24, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

EMELIE JONES,  )
_____,  )
  )
   Plaintiff,  )
  )
v.  )   CASE NO. 3:07-CV-00744-MHT
  )
WACHOVIA AUTO LEASING COMPANY, INC, et al  )
_____,  )
  )
   Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Emelie Jones__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8/24/2007
Date

/s/Mary-Ellen Bates
(Signature)

Mary-Ellen Bates
(Counsel's Name)

Plaintiff, Emelie Jones
Counsel for (print names of all parties)

2151 Highland Avenue, Suite 100
Birmingham, Alabama 35205
Address, City, State Zip Code

(205) 930-0097
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Mary-Ellen Bates_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __24th____ day of __August_____ 20_07_, to:

Wachovia Auto Leasing Company, 150 Perry Street, Montgomery, Alabama 36104

Wachovia Bank, National Association, 150 Perry Street, Montgomery, Alabama 36104

8/21/2007  
Date

/s/Mary-Ellen Bates  
Signature