**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _D Brown_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_D Brown_    _8/23/07_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

_07cv744 S+C_

1. Article Addressed to:

_Wachovia Auto Leasing Co., Inc._
_c/o CSC Lawyers Incorporating_
_Service, Inc._
_150 South Perry Street_
_Montgomery, Alabama 36104_

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0007 0822 1155

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _D Brown_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_D Brown_    _8/23/07_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

_07cv744 S+C_

1. Article Addressed to:

**Wachovia Bank, National Association/**
**Southtrust Bank**
**c/o CSC Lawyers Incorporating Services, Inc.**
**150 South Perry Street**
**Montgomery, AL 36104**

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0007 0822 1148

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540