IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EMELIE JONES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:07cv744-MHT |
| | ) | |
| WACHOVIA AUTO LEASING COMPANY, INC., and WACHOVIA BANK, NATIONAL/ SOUTHTRUST BANK, | ) ) ) ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion for more definite statement (Doc. No. 7) is set for submission, without oral argument, on October 10, 2007, with all briefs due by said date.

DONE, this the 18th day of September, 2007.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE